UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-063 (ECW)

STATE OF MINNESOTA   )
                          )  ss.
COUNTY OF HENNEPIN  )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Berger, being duly sworn, do hereby state as follows:

### INTRODUCTION & AGENT BACKGROUND

1. I am a Special Agent (SA) with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special Agent Training.

2. Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I received training on and have conducted, and participated in, multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft violations, export violations, financial crimes, illegal alien smuggling and human trafficking violations, and various immigration violations. During

these investigations, I have conducted physical surveillance, executed arrest and search warrants, reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Ingrid Eirene MAGNUSON HAGBERG for forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with, federal officers in the performance of official duties in violation of Title 18, United States Code, Section 111(a)(1).

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, my training and experience and that of my fellow law enforcement officers, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes sufficient information to establish probable cause.

## PROBABLE CAUSE

5. On January 15, 2026, at approximately 5:45 PM, federal officers with Immigration and Customs Enforcement (ICE) drove their government-issued SUV out of the Henry Whipple Federal Building's (Whipple) parking lot in Minneapolis, within the District of Minnesota. Doing so, the officers saw a crowd totaling around seventy-five people standing across the street from

Whipple.

6.    As the officers drove, their SUV was struck by a frozen water bottle. Security footage revealed that a person wearing mid-high boots with bloused pants and carrying a grey backpack with a reflective patch is who threw the frozen water bottle at the government SUV. This person turned out to be Ingrid Eirene MAGNUSON HAGBERG.

7.    The officers entered the crowd, located MAGNUSON HAGBERG, and informed MAGNUSON HAGBERG that she was under arrest. MAGNUSON HAGBERG refused to comply with the arresting officers' lawful orders, and instead forcibly resisted and, during the physical altercation, assaulted an officer. Ultimately, the officers arrested MAGNUSON HAGBERG, but she was released from custody.

[Intentionally left blank.]

3

## CONCLUSION

Based on the above facts, there is probable cause to believe that Defendant Ingrid Eirene MAGNUSON HAGBERG, violated Title 18, United States Code, Sections 111(a)(1) by forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with federal officers designated in 18 United States Code, Section 1114 while engaged in, or on account of, the performance of their official duties.

**Affiant states nothing further.**

Richard Berger
Special Agent, HSI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 23, 2026

ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

4